No. 933, Misc. EVANS *v.* THOMAS, WARDEN. Court of Appeals of Kentucky. Certiorari denied.

No. 858, Misc. HALFEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 800, Misc. COSTNER *v.* UNITED STATES BOARD OF PAROLE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 927, Misc. SLOAN *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 931, Misc. McCRAE *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *I. A. Kanarek* for petitioner.

No. 940, Misc. EDWARDSEN *v.* MARYLAND. Circuit Court of Baltimore County, Maryland. Certiorari denied.

No. 948, Misc. DORN *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 958, Misc. BATES *v.* DICKSON, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 961, Misc. OPPENHEIMER *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.